# BSLBV BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
## ATTORNEYS AT LAW

Joseph L. Long
Stephen G. Balsley
Richard K. Van Evera
James E. Stevens
Thomas A. Green
Robert C. Pottinger
Jason H. Rock

POST OFFICE BOX 17109 • ROCKFORD, ILLINOIS 61110-7109
ONE MADISON STREET • ROCKFORD, ILLINOIS 61104
815-962-6611 • FAX 815-962-0687 • E-MAIL info@bslbv.com

Douglas R. Henry
Tyler A. Moore
Michael T. O'Brien
Laura A. Baluch

William H. Barrick
(1916-2003)

Peter S. Switzer
of Counsel

Armour T. Beckstrand
of Counsel

DOCKETED
JUL 02 2004

July 1, 2004

Honorable Judge Philip G. Reinhard
United States District Court
Federal Building
211 South Court Street
Rockford, IL 61101

Re: Morris vs. Curtis
Case No. 04 CV 50232
Written Status Report

Dear Honorable Judge Reinhard:

Pursuant to docket entry of June 10, 2004, the following will serve as a written status report in the above-referenced proceeding.

The instant appeal was docketed on May 18, 2004. Plaintiffs/Appellants received notice of the docketing on May 20, 2004. Plaintiffs/Appellants' appeal brief was due on June 2, 2004. Unfortunately, Plaintiffs/Appellants' son was killed in combat in Iraq in April 2004, creating an unavoidable delay in Plaintiffs/Appellants' ability to consult with counsel regarding the appeal. This Court entered an Order on June 18, 2004 directing Plaintiffs/Appellants to show cause by July 9, 2004 why this appeal should not be dismissed. Plaintiffs/Appellants intend to file a brief and motion requesting the Court allow it to file its brief instanter on or before July 9, 2004.

Very truly yours,

Tyler A. Moore
TAM/val
cc: Attorney Kevin O'Donnell