# United States District Court
## Northern District of Illinois
### Western Division



Kirk Morris, et al.

v.

John Curtis

**JUDGMENT IN A CIVIL CASE**

Case Number: 04 C 50232

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the judgment of the bankruptcy court is affirmed.

Michael W. Dobbins, Clerk of Court

Date: 12/14/2004

Susan M. Wessman, Deputy Clerk